TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00393-CV







In re Lorraine Poole, Guardian for Michael Leonard Poole,

an Incompetent Person







ORIGINAL PROCEEDING FROM BELL COUNTY






M E M O R A N D U M O P I N I O N




 Relator Lorraine Poole, in her capacity as guardian for Michael Leonard Poole, filed
a petition for writ of mandamus. We deny the petition. See Tex. R. App. P. 52.8(a).



 

 W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear


Filed: August 6, 2004